# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| Anthony Gigantino, | Case No. 09-14139-amc |
|---|---|
| *Debtor*. | Chapter 7 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reopen Case and Provide other Relief

- Notice of Motion to Reopen Case and Provide Other Relief, Response Deadline, and Hearing Date

Dated: June 24, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093

City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphai, PA 19102

Dell Financial Services
Attn: Bankruptcy Dept.
12234 North IH 35
Austin, TX 78753

Equifax
P.O. Box 740241
Atlanta, GA 30374

Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013

GMAC
PO Box 130424
Roseville, MN 55113

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

I.R.S.
Special Procedures Branch
Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114-0326

PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Sallie Mae
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA 18773

Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661

Visdsnb
Bankruptcy
6356 Corley Rd
Norcross, GA 30071

Wfcb/hsn
POB 337003
North Glenn, CO 80233