UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Anthony Gigantino, | Case No. 09-14139 |
|---|---|
| *Debtor*. | Chapter 7 |

## ORDER

And now, after consideration of the Motion to Reopen Case and Provide Other Relief filed by Debtor Anthony Gigantino, with proper notice and opportunity for hearing, the Court finds that:

A. The Debtor has shown sufficient cause to waive the reopening fee.

B. The Debtor's award under the Combat Arms Earplugs Settlement Program is not property of the bankruptcy estate.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The reopening fee is **WAIVED**.

3. This case is **REOPENED**.

4. The Debtor's award under the Combat Arms Earplugs Settlement Program may be distributed however necessary and proper under nonbankruptcy law.

5. If no docket activity follows, the Clerk must close this case on the fifteenth day following entry of this order.

Date: July 25, 2024

_____
U.S. Bankruptcy Judge