United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Gigantino  
    Debtor

Case No. 09-14139-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 25, 2024      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Gigantino, 1503 E. Passyunk Avenue, Philadelphia, PA 19147-6322 |
| 11700690 | + | Cibik and Cataldo, P.C., 437 Chestnut Street, Suite 1000, Philadelphia, PA 19106-2426 |
| 11700698 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 11700703 | | Wfcb/hsn, POB 337003, North Glenn, CO 80233 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 23:58:16 | Capital One Auto Finance Department, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | + | Email/Text: bnc@bass-associates.com | Jul 25 2024 23:53:00 | HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 25 2024 23:53:00 | Roseville GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 11700691 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 23:53:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 11700689 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 25 2024 23:58:28 | Capital One Auto Finance, 3901 N Dallas Pkwy, Plano, TX 75093-7864 |
| 11715541 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 23:58:46 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| 11700692 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 25 2024 23:58:17 | Dell Financial Services, Attn: Bankruptcy Dept., 12234 North IH 35, Austin, TX 78753 |
| 11700702 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 00:09:08 | Visdsnb, Bankruptcy, 6356 Corley Rd, Norcross, GA 30071 |
| 11700693 | | Email/Text: bankruptcycourts@equifax.com | Jul 25 2024 23:53:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 11700694 | ^ | MEBN | Jul 25 2024 23:48:34 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 11700695 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 25 2024 23:53:00 | GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 11757274 | + | Email/Text: bnc@bass-associates.com | Jul 25 2024 23:53:00 | HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite 200, Tucson, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Delivery Method | Date | Name and Address |
|---|---|---|---|---|
| 11700696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 23:53:00 | AZ 85712-1083<br>I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 11700699 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 25 2024 23:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 11700700 | + | Email/PDF: pa_dc_claims@navient.com | Jul 25 2024 23:58:28 | Sallie Mae, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 11700701 | | Email/Text: DASPUBREC@transunion.com | Jul 25 2024 23:53:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11700697 | | Norman Cullen(Uncle) |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARVIN KRASNY | mkrasny@cmklaw.com  PA56@ecfcbis.com |
| MICHAEL A. CATALDO | on behalf of Debtor Anthony Gigantino mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Anthony Gigantino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Anthony Gigantino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Anthony Gigantino, | Case No. 09-14139 |
|---|---|
| *Debtor.* | Chapter 7 |

## ORDER

And now, after consideration of the Motion to Reopen Case and Provide Other Relief filed by Debtor Anthony Gigantino, with proper notice and opportunity for hearing, the Court finds that:

A. The Debtor has shown sufficient cause to waive the reopening fee.

B. The Debtor's award under the Combat Arms Earplugs Settlement Program is not property of the bankruptcy estate.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The reopening fee is **WAIVED**.

3. This case is **REOPENED**.

4. The Debtor's award under the Combat Arms Earplugs Settlement Program may be distributed however necessary and proper under nonbankruptcy law.

5. If no docket activity follows, the Clerk must close this case on the fifteenth day following entry of this order.

Date: July 25, 2024

_____
U.S. Bankruptcy Judge